UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-21905-Civ-COOKE/WHITE
(15-20680-Cr-COOKE)

GLENN K. WILLIAMS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND
RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY**

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On June 23, Judge White issued a Report of Magistrate Judge (ECF No. 8) recommending that (i) Glenn K. Williams' Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be denied, (ii) a certificate of appealability be denied, and (iii) this case be closed.

Movant Glenn K. Williams did not file objections to the Report of Magistrate Judge, and the time to do so has passed. I have considered Judge White's Report and Recommendation, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 8) is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v.*

*Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

    **DONE and ORDERED** in Chambers, at Miami, Florida, this 31st day of August 2016.

                                      */s/ Marcia G. Cooke*
                                      MARCIA G. COOKE
                                      United States District Judge

Copies furnished to:
*Patrick A. White*, U.S. Magistrate Judge
*Glenn K. Williams*, pro se
*Counsel of Record*